IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JANICE SIGNORE,

        Plaintiff,

v.                                                    Civil Action No.: 2:12-cv-539

BANK OF AMERICA, N.A., *et al.*

        Defendants.

## JOINT STIPULATION OF DISMISSAL
## OF DEFENDANT BAC HOME LOANS SERVICING, LP

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendants Bank of America, N.A. ("BANA")

and BAC Home Loans Servicing, LP, by counsel, and Plaintiff Janice Signore ("Plaintiff"), by

counsel, hereby stipulate that effective July 1, 2011, BAC Home Loans Servicing, LP merged

with and into BANA and that BANA is the proper defendant in this matter. As such, the parties

stipulate to the dismissal of BAC Home Loans Servicing, LP as a defendant in this action.

        Respectfully submitted,


BANK OF AMERICA, N.A. and                    JANICE SIGNORE
BAC HOME LOANS SERVICING, L.P.

By Counsel                                   By Counsel

/s/ Sarah K. McConaughy                       /s/ Margaret M. Looby
Robert W. McFarland (VSB No. 24021)          Margaret M. Looby
Sarah K. McConaughy (VSB No. 80674)          4444 Sanibel Circle, Suite 206
MCGUIREWOODS LLP                             Virginia Beach, VA 23462
101 West Main Street, Suite 9000             484-241-6020
Norfolk, Virginia  23510                     margaretmlooby@gmail.com
Telephone:  (757) 640-3716
Facsimile:  (757) 640-3966                   *Counsel for Plaintiff*
rmcfarland@mcguirewoods.com
smcconaughy@mcguirewoods.com

*Counsel for Bank of America, N.A. and BAC*
*Home Loans Servicing, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2013, a true and correct copy of the foregoing was filed electronically using the CM/ECF system.  As such, this document was served on all counsel who have consented to electronic service, including as follows:

Margaret M. Looby
4444 Sanibel Circle, Suite 206
Virginia Beach, VA 23462
484-241-6020
margaretmlooby@gmail.com

Counsel for Plaintiff

Benjamin G. Chew
Nigel J. Wilkinson
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
bchew@pattonboggs.com
nwilkinson@pattonboggs.com

Counsel for DISYS

*/s/ Sarah K. McConaughy*
Robert W. McFarland (VSB No. 24021)
Sarah K. McConaughy (VSB No. 80674)
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, Virginia  23510
Telephone:  (757) 640-3716
Facsimile:  (757) 640-3966
rmcfarland@mcguirewoods.com
smcconaughy@mcguirewoods.com

*Counsel for Bank of America, N.A. and BAC Home Loans Servicing, L.P.*

53619828_1