IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JAN 15 2014
CLERK, US DISTRICT COURT

JANICE SIGNORE,

      Plaintiff,

v.                                    CIVIL ACTION NO. 2:12cv539

BANK OF AMERICA, N.A.,
BAC HOME LOANS SERVICING, LP,
and
DISYS,

      Defendants.

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal of Defendant BAC Home Loans Servicing, LP ("BAC"). Dkt. No. 59. The parties agree that BAC should be dismissed from this suit because of its July 1, 2011 merger with another defendant, Bank of America, N.A. Accordingly, Defendant BAC Home Loans Servicing, LP is **DISMISSED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
January ⁄5, 2014

Raymond A. Jackson
United States District Judge