IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JANICE SIGNORE, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., and <br> BAC HOME LOAN SERVICING, LP, <br><br> and <br><br> DISYS <br> Defendants. | Civil Action No. 2:12-cv-00539-RAJ-TEM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT DISYS

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Janice Signore (Ms. Signore") and Defendant Digital Intelligence Systems, LLC ("DISYS") hereby stipulate to the dismissal, with prejudice, of DISYS as a defendant in this action. Both Ms. Signore and DISYS are responsible for their own fees and costs.

/s/ Margaret Mary Looby
Margaret Mary Looby (VSB No. 79492)
Margaret M. Looby, Attorney at Law
4444 Sanibel Circle, Ste. 206
Virginia Beach, VA 23462
Tel: (484) 241-6020
Email: margaretmlooby@gmail.com

Shannon Beth Bayona (VSB No. 39151)
Law Office of Shannon B. Bayona
444 New Zealand Reach
Chesapeake, VA 23322
Tel: (757) 319-7557
Email: shannonbayona@gmail.com

*Counsel for Plaintiff Janice Signore*

/s/ Nigel L Wilkinson
Nigel L Wilkinson (VSB No. 46500)
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
Email: nwilkinson@pattonboggs.com

*Counsel for Defendant Digital Intelligence Systems, LLC*

8

4824-8077-6472.2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of February 2014, I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Margaret Mary Looby
Margaret M. Looby, Attorney at law
4444 Sanibel Circle, Ste. 206
Virginia Beach, VA 23462
Tel: (484) 241-6020
Email: margaretmlooby@gmail.com

Shannon Beth Bayona
Law Office of Shannon B. Bayona
444 New Zealand Reach
Chesapeake, VA 23322
Tel: (757) 319-7557
Email: shannonbayona@gmail.com

*Counsel for Plaintiff Janice Signore*

Robert W. McFarland
Sarah K. McConaughy
MCGUIRE WOODS LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel: (757) 640-3716
Email: rmcfarland@mcguirewoods.com
        smcconaughy@mcguirewoods.com

*Counsel for Defendants Bank of America, N.A and BAC Home Loans Servicing, LP*

*/s/ Nigel L. Wilkinson*
Nigel L. Wilkinson (VSB No. 46500)
PATTON BOGGS, LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
nwilkinson@pattonboggs.com

*Counsel for Defendant Digital Intelligence Systems, LLC*

9