IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JANICE SIGNORE,

        Plaintiff,

v.                                           Civil Action No.: 2:12-cv-539

BANK OF AMERICA, N.A., *et al.*

        Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Janice Signore and Defendant Bank of America, N.A. hereby stipulate to the dismissal of this action with prejudice.

The parties have resolved this matter by compromise, with each party to bear its own costs and fees, consistent with the parties' agreement.

                                                  Respectfully submitted,

| BANK OF AMERICA, N.A. | JANICE SIGNORE |
|---|---|
| By Counsel | By Counsel |
| /s/ Sarah K. McConaughy | /s/ Margaret M. Looby |
| Robert W. McFarland (VSB No. 24021) | Margaret M. Looby |
| Sarah K. McConaughy (VSB No. 80674) | 4444 Sanibel Circle, Suite 206 |
| MCGUIREWOODS LLP | Virginia Beach, VA 23462 |
| 101 West Main Street, Suite 9000 | 484-241-6020 |
| Norfolk, Virginia 23510 | margaretmlooby@gmail.com |
| Telephone: (757) 640-3716 | |
| Facsimile: (757) 640-3966 | *Counsel for Plaintiff* |
| rmcfarland@mcguirewoods.com | |
| smcconaughy@mcguirewoods.com | |
| | |
| *Counsel for Bank of America, N.A. and BAC Home Loans Servicing, L.P.* | |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2014, a true and correct copy of the foregoing was filed electronically using the CM/ECF system. As such, this document was served on all counsel who have consented to electronic service, including as follows:

Margaret M. Looby
4444 Sanibel Circle, Suite 206
Virginia Beach, VA 23462
484-241-6020
margaretmlooby@gmail.com

Counsel for Plaintiff

Benjamin G. Chew
Nigel J. Wilkinson
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
bchew@pattonboggs.com
nwilkinson@pattonboggs.com

Counsel for DISYS

          */s/ Sarah K. McConaughy*
          Robert W. McFarland (VSB No. 24021)
          Sarah K. McConaughy (VSB No. 80674)
          MCGUIREWOODS LLP
          101 West Main Street, Suite 9000
          Norfolk, Virginia 23510
          Telephone: (757) 640-3716
          Facsimile: (757) 640-3966
          rmcfarland@mcguirewoods.com
          smcconaughy@mcguirewoods.com

          *Counsel for Bank of America, N.A. and BAC Home Loans Servicing, L.P.*

58707180_1